[No. 17102-0-I. Division One. December 31, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX
BARO-MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-01504-1, Frank H. Roberts, Jr., J.,
entered August 20, 1985. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Webster and Pekelis, JJ.

[No. 15459-1-I. Division One. December 31, 1986.]

JAY PITTINGTON, ET AL, *Respondents*, v. LYLE
M. LOVELL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 84-2-09529-6, Robert M. Elston, J., entered
October 4, 1984. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Ringold, A.C.J., and Coleman,
J.

[No. 15759-1-I. Division One. January 5, 1987.]

SAFECO INSURANCE COMPANY, *Respondent*, v. BRIAN
COLLIER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 83-2-13856-6, Patricia H. Aitken, J., entered
November 30, 1984. *Reversed* by unpublished opinion per
Swanson, J., concurred in by Ringold, A.C.J., and Williams,
J.

[No. 14605-0-I. Division One. January 5, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. EARNEST
DONALDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 83-1-03478-3, Terrence A. Carroll, J., entered
April 15, 1984. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Scholfield, C.J., and Ringold, J.